UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MARQUIS BURNS,<br><br>                  Petitioner,<br><br>                 v.<br><br>CLARK E. DUCART, Warden,<br><br>                  Respondent. | Case No. CV 15-9130-DOC (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: April 26, 2016

                                                     *David O. Carter*
                                        HONORABLE DAVID O. CARTER
                                        United States District Judge