JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS MARQUIS BURNS, | Case No. CV 15-9130-DOC (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| CLARK E. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 26, 2016

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Judge